■ The People of the State of New York, Respondent, v Joseph Calamia, Appellant. — Judgment, Supreme Court, New York County (Haft, J.), rendered on October 15, 1980, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Kupferman, Sullivan and Ross, JJ.